IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY PRINGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1372-MLB |
| | ) |
| JO ANNE BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,300.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$3,300.00.**

IT IS SO ORDERED.

Dated this 4th day of November, 2005.

                                                       s/Monti Belot
                                                       MONTI L. BELOT
                                                       United States District Judge

APPROVED BY:

By: **S/ Daniel A. Parmele**
Daniel A. Parmele, KS Bar #14528
Law Offices of Daniel Parmele
830 E. Primrose, Suite 102
Springfield, Missouri  65807
Telephone:	417-889-2570
Facsimile:	417-889-2030
M.Ash@DanielParmeleLaw.com

Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney


By:**S/Connie R. DeArmond**
CONNIE R. DeARMOND, Ks.S.Ct.No. 12984
Assistant United States Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Telephone:	316-269-6481
Facsimile:	316-269-6484
connie.dearmond@usdoj.gov

Attorneys for the United States